UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAM COOPER,

                Plaintiff,

  -against-

NYS PAROLE EXECUTIVE DEPT,
PAROLE OFFICER FRANK HOOLAN,

                Defendants.
------------------------------------------------------------X

JUDGMENT
07-CV- 2785 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 24 2007 ★ 

      A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 15, 2007, dismissing the complaint because it fails to state a claim upon which relief may be granted; certifying pursuant to 28 U.S.C. § 1913 (a)(3) that any appeal from this order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the complaint is dismissed because it fails to state a claim upon which relief may be granted; that pursuant to 28 U.S.C. § 1913(a)(3) any appeal from this order would not be taken in good faith; and that *in forma pauperis* is denied for purpose of an appeal.

Dated: Brooklyn, New York
       August 23, 2007

                                                          s/Robert C. Heinemann
                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court